UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICH'QUEL NOLAN,

        Petitioner,

v.

BUREAU OF PRISONS, et al.,

        Respondents.

3:10-cv-1257 (CSH)

## RULING ON RESPONDENTS' MOTION TO DISMISS

HAIGHT, Senior District Judge:

Respondents Federal Bureau of Prisons and Maureen Baird ("Respondents") move to dismiss Petitioner Mich'Quel Nolan's ("Petitioner") habeas corpus petition as moot. [Doc. #7.] Petitioner had filed her Application for a Writ of Habeas Corpus, demanding that the Bureau of Prisons ("BOP") transfer her to home confinement, on July 19, 2010. Because Petitioner was released from the custody of the BOP on December 3, 2010, the Petitioner's petition is **DISMISSED** as moot.

Dated: New Haven, Connecticut
       May 5, 2011

                              */s/ Charles S. Haight, Jr.*
                            Charles S. Haight, Jr.
                            Senior United States District Judge